**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00925-CV

**HMS HOLDINGS CORP., HEALTH MANAGEMENT SYSTEMS, INC., AND HMS BUSINESS SERVICES, INC., Appellants/Cross-Appellees**

**V.**

**PUBLIC CONSULTING GROUP, INC., JAMES GAMBINO, AND JASON RAMOS, Appellees/Cross-Appellants**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09047**

## ORDER

We **GRANT** James Gambino and Jason Ramos's September 15, 2015 motion for extension of time to file cross-appellants' brief and **ORDER** their brief be filed no later than September 22, 2015. We further **GRANT** Public Consulting Group, Inc.'s September 15, 2015 amended partially unopposed motion to extend deadlines and **ORDER** Public Consulting to file a combined appellee and cross-appellant's brief no later than September 28, 2015.

/s/     CRAIG STODDART
         JUSTICE